IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CARL LAMONT HOWSE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:19-cv-00027 |
| | ) | |
| CANDACE HAMMOND, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 29), which was filed on October 30, 2019. Through the Report and Recommendation, the Magistrate Judge recommends the Motion for Summary Judgment filed by Defendants Jason Clendenion, Candace Hammond, and Brandon Peone (Doc. No. 16) be granted and that this action be dismissed. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 16) is **GRANTED**, and this action is **DISMISSED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE